UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Charles Fiedler,  Civil File No. 05-1519 MJD/RLE

    Plaintiff,

v.  **ORDER**

County of Morrison; Morrison County
Sheriff's Department; and Michel
Wetzel, in his official capacity as,
Morrison County Sheriff,

    Defendants.

---

Based upon the parties' Stipulation for Dismissal With Prejudice,

**IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice and without assessment of costs or attorney fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 20, 2006             s / Michael J. Davis
                                                    JUDGE MICHAEL J. DAVIS
                                                    United States District Court